UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY CONSUMERS' ACTION NETWORK, RICHARD and MARYLIN MAYCUMBER       Plaintiff | Case No. 06 CV 1773 H RBB |
| vs. | PRO HAC VICE APPLICATION |
| POWERNET GLOBAL COMMUNICATIONS, PNG TELECOMMUNICATIONS, INC.       Defendant | Party Represented: PowerNet Global Communications/PNG Telecommunications, Inc. |

FILED
2006 OCT 11 AM 11:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                    DEPUTY

I, **John Baylor Nalbandian** (Applicant), hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My residence address and phone number are: **14829 Cool Springs Boulevard, Union, KY 41091    (859) 384-7965**

My firm name is: **TAFT, STETTINIUS & HOLLISTER LLP**

My office address and phone number are: **425 Walnut Street, Suite 1800, Cincinnati, OH 45202    (513) 357-9304**

That on **See Exhibit "A" attached hereto** I was admitted to practice before **See Exhibit "A" attached hereto** (Name of Court); and am currently in good standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court:

That I (have) (have not) concurrently or within the year preceding this application made any pro have vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application _____ granted _____ denied

I declare under penalty of perjury that the foregoing is true and correct.

TAFT, STETTINIUS & HOLLISTER LLP

_____
(Signature of Applicant)
John B. Nalbandian

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

John C. O'Malley
CALL, JENSEN & FERRELL APC                    (949) 717-3000
(Name)                                         (Telephone)

610 Newport Center Drive, Suite 700, Newport Beach, CA 92660
(Street)                            (City)                     (Zip code)

TAFT, STETTINIUS & HOLLISTER LLP

_____
Signature of Applicant
John B. Nalbandian

::ODMA\PCDOCS\WORDPERFECT\35980\1 January 2, 2002 (3:00pm)                    CSD-127

I hereby consent to the above designation.

Signature of Designee Attorney
John C. O'Malley
CALL, JENSEN & FERRELL APC

The pro hac vice application is hereby approved for filing.

SEP 21 '06

129702
See receipt #180
Received $180.00 for Court Library fee

_____ Deputy Clerk

Date 10/10/06
It is so ordered,

_____
Marilyn L. Huff

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:** $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

::ODMA\PCDOCS\WORDPERFECT\35980\1 January 2, 2002 (3:00pm)

## EXHIBIT "A"

## PRO HAC VICE APPLICATION OF JOHN B. NALBANDIAN

| COURT | DATE OF ADMISSION |
|---|---|
| Virginia Supreme Court | 10/30/95 |
| Court of Appeals, District of Columbia | 10/06/97 |
| US District Court, Eastern District Virginia | 05/08/98 |
| US Court of Appeals 11th Circuit | 10/02/98 |
| US Court of Appeals 8th Circuit | 1999 |
| US Supreme Court | 01/10/00 |
| Ohio Supreme Court | 11/20/00 |
| US Court of Appeals 6th Circuit | 12/14/00 |
| US District Court, Southern District Ohio | 06/05/03 |
| US Court of Appeals 4th Circuit | 09/16/04 |
| Kentucky Supreme Court | 03/10/06 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On September 21, 2006, I served the foregoing document described as: **PRO HAC VICE APPLICATION – JOHN B. NALBANDIAN** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ X ]  (BY MAIL)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]  (BY FEDEX)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]  (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and an unsigned copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ X ]  (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 21, 2006, at Newport Beach, California.

Katherine L. Mosby

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

## SERVICE LIST

| | |
|---|---|
| Alan M. Mansfield, Esq.<br>John W. Hanson, Esq.<br>ROSNER LAW & MANSFIELD, LLP<br>10085 Carroll Canyon Road<br>San Diego, CA 92131<br>Tel: (858) 348-1005<br>Fax: (858) 348-1150 | **Attorneys for**<br><br>**Plaintiffs Utility Consumers' Action Network and Richard and Marylin Maycumber, et al.** |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION